# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL A. SKINNER,

        Petitioner,        3:13-cv-00019-RCJ-VPC

vs.

                              ORDER

GREG SMITH, et al.,

        Respondents.

The petitioner has presented the Court with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. ECF. No. 1. The papers were reviewed by the Court and an order was entered on January 13, 2013, directing petitioner to show why his petitioner should not be dismissed as untimely. *See* Order (ECF No. 3). Petitioner was given thirty days to file his response. *Id.*

On April 3, 2013, the Court Clerk received a from petitioner advising that he had not received anything from the Court and that he had been moved to "NNCC" and all his papers had been thrown away. Therefore, the Court will reissue its original order and extend the deadline to allow petitioner time to respond. The local rules of civil practice require petitioner to keep the court informed of his current mailing address at all times or the action is subject to dismissal. LSR 2-2. Petitioner will be given this one opportunity to proceed despite his failure to notice the court of his changed address.

**IT IS THEREFORE ORDERED** that the Clerk shall send petitioner a copy of the Court's order entered January 30, 2013 (ECF No. 3) and a copy of his petition (ECF No. 4). Petitioner shall have

thirty from the date of this order to file his response showing why his petition is not untimely as directed in that original order.

**IT IS FURTHER ORDERED** that petitioner shall keep the Court informed as to his current mailing address at all times. No further accommodations for petitioner's failure to do so will be given.

Dated this 28th day of May, 2013.

_____
UNITED STATES CHIEF DISTRICT JUDGE